UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BETTY BAKER, | Case No. 3:11-cv-01499-HA |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

HAGGERTY, District Judge:

Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is reversed, and this case is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the accompanying Opinion and Order and the parameters provided therein.

IT IS SO ORDERED.

DATED this __5__ day of November, 2012.

                                                Ancer L. Haggerty
                                              United States District Judge

1 -- JUDGMENT